Eastern District of Kentucky
FILED
APR 19 2010
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 09-181-JMH

UNITED STATES OF AMERICA                                PLAINTIFF

V.                              ORDER

BRYAN COFFMAN,
MEGAN COFFMAN,                                          DEFENDANTS
VADIM TSATSKIN, aka VICTOR TSATSKIN and
GARY MILBY

\* \* \* \* \*

Upon motion of the United States for leave to take the deposition of Arthur Chase, and for modification of the defendants' terms and conditions of release, the Court being sufficiently advised, it is HEREBY ORDERED, as follows:

1. The motion to take the deposition of Arthur Chase is GRANTED. The deposition shall be upon notice by the United States in conformity with FRCrP 15(2)(b).

2. The motion to modify the terms and conditions of the Defendants' release is GRANTED. Any defendant who travels to the Bahamas for the taking of the deposition of Arthur Chase, are subject to the following restrictions and order of this court as additional terms and conditions of pretrial release.

    a. The Defendant will obtain round trip air fare to Nassau, Bahamas with a definite date and time for return passage to the United States.

b. The defendants will meet agents of the United States Postal Service and the United States Secret Service at the airport upon arrival to be escorted to their hotel.

c. The defendant will stay in adjacent rooms in the same hotel as the agents.

d. The defendants shall surrender their passports and driver's licenses to the case agents during their stay in the Bahamas.

e. The defendant will not travel in the Bahamas other than to the designated place for the deposition, the hotel, and restaurants for meals and shall be accompanied by the case agents or defense counsel.

f. The defendants shall not rent a car.

g. The defendants shall check in with the case agents every 8 hours when not in the physical presence of the case agents.

h. The defendants shall not receive guests, socialize, or conduct business in the Bahamas.

i. The defendants shall depart from the Bahamas immediately upon conclusion of the deposition and shall be accompanied to the airport by the case agents.

j. The defendants shall surrender their passports to Pretrial Services upon their return to the United States.

Dated this 19th day of April, 2010.

*Joseph M. Hood*
HONORABLE JOSEPH M. HOOD
UNITED STATES SENIOR JUDGE