UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
APR 2 6 2010
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 05:09-CR-181-S-JMH

UNITED STATES OF AMERICA                                                PLAINTIFF

V.          **MOTION OF UNITED STATES
             FOR ISSUANCE OF ARREST WARRANT**

VADIM TSATSKIN
   aka, VICTOR TSATSKIN                                                 DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Vadim Tsatskin, aka Victor Tsatskin, returnable forthwith.

Respectfully submitted,

EDWIN J. WALBOURN, III
UNITED STATES ATTORNEY

By:  *(signature)*
Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov