Case: 5:09-cr-00181-KKC   Doc #: 420   Filed: 12/05/11   Page: 1 of 1 - Page ID#: 7352

Eastern District of Kentucky  
**FILED**  
DEC - 5 2011  
AT LEXINGTON  
LESLIE G WHITMER  
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
CENTRAL DIVISION  
LEXINGTON

CRIMINAL ACTION NO. 09-181-KKC

UNITED STATES OF AMERICA                                        PLAINTIFF

V.   **ORDER DISMISSING INDICTMENT AS TO VADIM TSATSKIN**

**BRYAN COFFMAN,**  
**MEGAN COFFMAN,**                                              DEFENDANTS  
**VADIM TSATSKIN, aka VICTOR TSATSKIN and**  
**GARY MILBY**

\* \* \* \* \*

Upon motion of the United States, and the Court being sufficiently advised, it is hereby **ORDERED** that the motion is sustained. Indictment No. 09-181-KKC, and any superseded indictments herein, are **HEREBY DISMISSED** as to the Defendant Vadim Tsatskin, aka Victor Tsatskin.

On this  5  day of  December , 2011.

_Karen Caldwell_  
KAREN K. CALDWELL  
DISTRICT COURT JUDGE